```
 1  Case: GENE FINKE vs THE ENSIGN GROUP, INC. et al
    Civil No: 2:19-cv-02056
 2  Reported by: Abigail D.W. Johnson, RPR, CRR, CRC
    Date Taken: February 7, 2020
 3

 4                    WITNESS CERTIFICATE
           I, LAIRD WASHBURN, HEREBY DECLARE:
 5
           That I am the witness in the foregoing
 6  transcript; that I have read the transcript and know
    the contents thereof: That with these corrections, I
 7  have noted this transcript truly and accurately
    reflects my testimony.
 8

 9  PAGE-LINE        CHANGE-CORRECTION              REASON
    _11·_____        _____       _____
10  _____         _____       _____
                       See Attachment.
11  _____         _____       _____
                     _____
12  _____         _____       _____

13  _____         _____       _____

14  _____         No corrections were made.

15         I, LAIRD WASHBURN, deponent herein, do hereby
    certify and declare under penalty of perjury the within
16  and foregoing transcription to be true and correct.

17
                         _____
18                       LAIRD WASHBURN, Deponent

19         SUBSCRIBED and SWORN to at _____
    _____, this _____ day of _____, 20___.
20

21                       _____
                                   Notary Public
22

23

24

25
```

| Page-Line | Change—Correction | Reason |
|---|---|---|
| pg. 11, ln 9-11- | Correction. "No, it's my understanding, according to contract, Ensign Services provides the facility specific non-clinical back office services." | Reason: Response was incorrect based on my subsequent review of the Independent Consulting Services Agreement (ICSA) between ESI and the Facility. |
| Pg. 11, beginning ln 14 - | Correction. "I couldn't speak to that" I'm not aware of any." | Reason: Clarification of response. |
| Pg. 18., ln 11 – | Correction "and it would be recommended that the facilities get together and talk about those issues." | Reason: Clarification of response. |
| Pg. 18., ln 22 – | Correction "yes" should read – "individuals, who we knew as resources, would come to the building but I'm not sure if they were employed by Ensign Services." | Reason: Clarification of response. |
| Pg. 19, ln 9- 10 – | Delete "…or nursing." | Reason: Clarification of response based on review of ICSA |
| Pg. 19, ln 24 - | Delete "they were in nursing." | Reason: Clarification of response based on review of ICSA |
| Pg. 24, ln 24 – | Correction "He was the CEO" | Reason: Clarification of response. |