# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GENE FINKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:19-CV-02056 |
| v. | ) |
| | ) |
| THE ENSIGN GROUP, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Defendants The Ensign Group, Inc., Ensign Services, Inc., Gateway Healthcare, Inc., and Maple Hills Healthcare, Inc. (collectively "Defendants"), by and through undersigned counsel, notifies the Court and all counsel of record that on the 22nd day of May, 2020, the following was served via electronic mail:

1. *Defendant The Ensign Group, Inc.'s Answers to Plaintiff's First Interrogatories;*

2. *Defendant Ensign Services, Inc.'s Answers to Plaintiff's First Interrogatories;*

3. *Defendant Gateway Healthcare, Inc.'s Answers to Plaintiff's First Interrogatories;*

4. *Defendant Maple Hills Healthcare, Inc.'s Answers to Plaintiff's First Interrogatories;* and

5. *Defendants The Ensign Group, Inc., Ensign Services, Inc., Gateway Healthcare, Inc., and Maple Hills Healthcare, Inc.'s Responses to Plaintiff's Second Request for Production of Documents.*

Respectfully submitted:

*/s/ Bret A. Clark*
Todd A. Scharnhorst           KS # 16863
Bret A. Clark                 KS # 24984

SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri 64106-2143
T: (816) 268-9400
F: (816) 268-9409
E: tscharnhorst@sakg.com
   bclark@sakg.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The foregoing was served via electronic mail on the 22nd day of May, 2020, on the following:

Jonathan Steele
THE STEELE LAW FIRM
2345 Grand Blvd., Suite 750
Kansas City, Missouri 64108
T: (816) 754-6473
E: jonathan@jsteelelawfirm.com

*Attorney for Plaintiff*

C. Zachary Vaugh
Shannon Rulo
WIEDNER & MCAULIFFE, LTD.
101 S. Hanley Road, Suite 1450
St. Louis, Missouri 63105
T: (314) 721-3400
E: czvaughn@wmlaw.com
   smrulo@wmlaw.com

*Attorneys for Defendants Post Acute Medical, LLC & Heartland Rehabilitation Hospital, LLC d/b/a Rehab Hospital of Overland Park*

*/s/ Bret A. Clark*
*Attorney for Defendant*